Edward C. Jones, Respondent, *v.* Louis H. Roberts et al., Appellants, Impleaded with Another.

*Jones* v. *Roberts*, 113 App. Div. 285, affirmed.
(Submitted May 8, 1907; decided June 4, 1907.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 16, 1906, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action for the construction of a partnership agreement.

32

*Marston Niles* and *Joseph N. Tuttle* for appellants.

*Edmund L. Mooney* and *Solomon Hanford* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.